

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00805-CV

**IN THE INT OF MC, MC, MC, MC, AND MC**, Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02868
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The court reporter's notification of late record is NOTED. Reporter's record deemed timely filed on January 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

